UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:96-00030 |
| | ) | JUDGE CAMPBELL |
| DANA BENDER | ) | |

ORDER

Pending before the Court is a Motion to Terminate Supervised Release (Docket No. 290).

The Government shall file a response to the Motion by June 22, 2012.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE